Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10793−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren Dunham
   23 Cedar Hill Ln
   Toms River, NJ 08755−4903

Social Security No.:
   xxx−xx−2420

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:             3/21/18
Time:             10:00 AM
Location:         Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

　　　　An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

**　　　　If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: January 16, 2018
JAN: wdr

　　　　　　　　　　　　　　　　　　　　　Jeanne Naughton
　　　　　　　　　　　　　　　　　　　　　Clerk, U. S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10793-CMG
Lauren Dunham                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Jan 16, 2018
                       Form ID: 132    Total Noticed: 25

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 18, 2018.

```
db              Lauren Dunham,    23 Cedar Hill Ln,    Toms River, NJ 08755-4903
517278168       Amex,    Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
517278169       Amex,    PO Box 981537,    El Paso, TX 79998-1537
517278170      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
517278171       Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517278172       Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517278173       Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
517278174       Credit Resource,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
517278177       KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517278180       New Jersey Natural Gas,    1415 Wyckoff Rd,    Wall, NJ 07719
517278181       Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517278182       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517278183       Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517278185       The Bureaus,    1717 Central St,    Evanston, IL 60201-1507
517278186       The Bureaus Inc,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
517278188       Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
517278187       Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
517278189       Wffnatbank,    PO Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2018 00:01:21      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2018 00:01:18      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517278175       E-mail/Text: mrdiscen@discover.com Jan 17 2018 00:00:34      Discover,    PO Box 15316,
                 Wilmington, DE 19850-5316
517278176       E-mail/Text: mrdiscen@discover.com Jan 17 2018 00:00:34      Discover Financial,    PO Box 3025,
                 New Albany, OH 43054-3025
517278178       E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2018 00:01:18      Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
517278179       E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2018 00:01:18      Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517278184       E-mail/Text: bankruptcy@td.com Jan 17 2018 00:01:23      TD Bank,    PO Box 5600,
                 Lewiston, ME 04243-5600
                                                                                               TOTAL: 7
```

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 16, 2018 at the address(es) listed below:
              Albert Russo    docs@russotrustee.com
              Marc C. Capone    on behalf of Debtor Lauren Dunham mcapone@caponeandkeefe.com,
               docs@caponeandkeefe.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                               TOTAL: 3