| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Lauren Dunham | Social Security number or ITIN: | xxx–xx–2420 |
| | First Name   Middle Name   Last Name | EIN: __–_____ | |
| Debtor 2: (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN: ____ EIN: __–_____ | |
| United States Bankruptcy Court: | District of New Jersey | Date case filed for chapter: | 13    1/15/18 |
| Case number: | 18–10793–CMG | | |

## Official Form 309I
## Notice of Chapter 13 Bankruptcy Case 12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

**Undeliverable notices will be sent by return mail to the debtor. It is the debtor's responsibility to obtain the party's correct address, resend the returned notice, and notify this office of the party's change of address. Failure to provide all parties with a copy of this notice may adversely affect the debtor as provided by the Bankruptcy Code.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lauren Dunham | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 23 Cedar Hill Ln<br>Toms River, NJ 08755–4903 | |
| 4. | **Debtor's attorney**<br>Name and address | Marc C. Capone<br>Capone and Keefe, PC<br>60 Highway 71<br>Unit 2<br>Spring Lake Heights, NJ 07762 | Contact phone (732) 528–1166 |
| 5. | **Bankruptcy trustee**<br>Name and address | Albert Russo<br>Standing Chapter 13 Trustee<br>CN 4853<br>Trenton, NJ 08650–4853 | Contact phone (609) 587–6888<br>www.russotrustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov.<br>(800) 676–6856 | 402 East State Street<br>Trenton, NJ 08608<br>Additional information may be available at the Court's Web Site:<br>www.njb.uscourts.gov. | Hours open: 8:30 AM – 4:00 p.m., Monday – Friday (except holidays)<br>Contact phone 609-858-9333<br>Date: 1/16/18 |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>**Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend.**<br>**Creditors may attend, but are not required to do so.**<br>All individual debtors must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | **February 15, 2018 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Chapter 13 Standing Trustee – Trenton, 1 AAA Drive, Suite 101, Robbinsville, NJ 08691** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 4/16/18** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 3/26/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 180 days from date of order for relief.**<br>**11 U.S.C. § 502(b)(9)** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form ("Official Form 410") may be obtained at www.uscourts.gov or any bankruptcy clerk's office. You may also contact the Clerk's Office where this case is pending to request that a Proof of Claim form be mailed to you. The Clerk's Office telephone number is included on the front of this Notice.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan and notice of confirmation hearing will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline.<br>**Writing a letter to the court or the judge is not a substitute for the filing of an adversary complaint.** | |

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 18-10793-CMG
Lauren Dunham                                                   Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin                Page 1 of 2              Date Rcvd: Jan 16, 2018
                              Form ID: 309I              Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 18, 2018.
```
db          Lauren Dunham,    23 Cedar Hill Ln,    Toms River, NJ 08755-4903
517278173   Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
517278174   Credit Resource,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
517278177   KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517278180   New Jersey Natural Gas,    1415 Wyckoff Rd,    Wall, NJ 07719
517278181   Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517278182   Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517278183   Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517278185   The Bureaus,    1717 Central St,    Evanston, IL 60201-1507
517278186   The Bureaus Inc,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty         E-mail/Text: mcapone@caponeandkeefe.com Jan 16 2018 23:37:25     Marc C. Capone,
             Capone and Keefe, PC,    60 Highway 71,   Unit 2,    Spring Lake Heights, NJ 07762
tr          E-mail/Text: bnc@russotrustee.com Jan 16 2018 23:38:31     Albert Russo,
             Standing Chapter 13 Trustee,    CN 4853,   Trenton, NJ 08650-4853
smg         E-mail/Text: usanj.njbankr@usdoj.gov Jan 16 2018 23:37:56     U.S. Attorney,    970 Broad St.,
             Room 502,   Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 16 2018 23:37:54     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
             Newark, NJ 07102-5235
517278168   EDI: AMEREXPR.COM Jan 16 2018 23:23:00      Amex,   Correspondence,    PO Box 981540,
             El Paso, TX 79998-1540
517278169   EDI: AMEREXPR.COM Jan 16 2018 23:23:00      Amex,   PO Box 981537,    El Paso, TX 79998-1537
517278170   EDI: CAPITALONE.COM Jan 16 2018 23:23:00      Capital One,   15000 Capital One Dr,
             Richmond, VA 23238-1119
517278171   EDI: CAPITALONE.COM Jan 16 2018 23:23:00      Capital One,
             Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517278172   EDI: CHASE.COM Jan 16 2018 23:23:00      Chase Card Services,    Attn: Correspondence Dept,
             PO Box 15298,   Wilmington, DE 19850-5298
517278175   EDI: DISCOVER.COM Jan 16 2018 23:23:00      Discover,   PO Box 15316,
             Wilmington, DE 19850-5316
517278176   EDI: DISCOVER.COM Jan 16 2018 23:23:00      Discover Financial,    PO Box 3025,
             New Albany, OH 43054-3025
517278178   EDI: MID8.COM Jan 16 2018 23:23:00      Midland Funding,   Attn: Bankruptcy,    PO Box 939069,
             San Diego, CA 92193-9069
517278179   EDI: MID8.COM Jan 16 2018 23:23:00      Midland Funding LLC,    2365 Northside Dr Ste 300,
             San Diego, CA 92108-2709
517278184   EDI: TDBANKNORTH.COM Jan 16 2018 23:23:00      TD Bank,   PO Box 5600,
             Lewiston, ME 04243-5600
517278187   EDI: WFFC.COM Jan 16 2018 23:23:00      Wells Fargo Dealer Services,    Attn: Bankruptcy,
             PO Box 19657,   Irvine, CA 92623-9657
517278188   EDI: WFFC.COM Jan 16 2018 23:23:00      Wells Fargo Dealer Services,    PO Box 1697,
             Winterville, NC 28590-1697
517278189   EDI: WFFC.COM Jan 16 2018 23:23:00      Wffnatbank,   PO Box 94498,    Las Vegas, NV 89193-4498
                                                                                              TOTAL: 17
```

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 18, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2               Date Rcvd: Jan 16, 2018
                              Form ID: 309I              Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2018 at the address(es) listed below:
NONE.                                                                                          TOTAL: 0
```