Form 185 – ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10793−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren Dunham
   23 Cedar Hill Ln
   Toms River, NJ 08755−4903

Social Security No.:
   xxx−xx−2420

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

   Notice is hereby given that a Plan was confirmed in this matter on April 12, 2018.

   On May 16, 2018 the debtor filed a modification to the Plan.

   Accordingly, a hearing will be held before the Honorable Christine M. Gravelle on:

Date:           June 20, 2018
Time:            10:00 AM
Location:       Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

   Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.


Dated: May 18, 2018
JAN: wdr

                                                        Jeanne Naughton
                                                        Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                          Case No. 18-10793-CMG
Lauren Dunham                                                                   Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2           Date Rcvd: May 18, 2018
                              Form ID: 185             Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 20, 2018.
```
db              Lauren Dunham,    23 Cedar Hill Ln,    Toms River, NJ 08755-4903
lm              Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC 28219-9409
517319585       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
517278168       Amex,   Correspondence,    PO Box 981540,    El Paso, TX 79998-1540
517278169       Amex,   PO Box 981537,    El Paso, TX 79998-1537
517278170      ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital One,    15000 Capital One Dr,    Richmond, VA 23238-1119)
517278171       Capital One,    Attn: General Correspondence/Bankruptcy,    PO Box 30285,
                 Salt Lake City, UT 84130-0285
517278172       Chase Card Services,    Attn: Correspondence Dept,    PO Box 15298,    Wilmington, DE 19850-5298
517278173       Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
517278174       Credit Resource,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
517278177       KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517278180       New Jersey Natural Gas,    1415 Wyckoff Rd,    Wall, NJ 07719
517278181       Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517278182       Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517404581      +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Suite 200,
                 Charlotte, NC 28217-1930
517278183       Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517278185       The Bureaus,    1717 Central St,    Evanston, IL 60201-1507
517278186       The Bureaus Inc,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
517349043      +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
                 Norfolk, VA 23541-1021
517372486       Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,    P.O. Box 19657,    Irvine, CA 92623-9657
517345023       Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
517278188       Wells Fargo Dealer Services,    PO Box 1697,    Winterville, NC 28590-1697
517278187       Wells Fargo Dealer Services,    Attn: Bankruptcy,    PO Box 19657,    Irvine, CA 92623-9657
517278189       Wffnatbank,    PO Box 94498,    Las Vegas, NV 89193-4498
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 19 2018 00:03:52     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 19 2018 00:03:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517382796      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 19 2018 00:20:53
                 Bureaus Investment Group Portfolio No 15 LLC,    c/o PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk VA 23541-1021
517278170       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2018 00:12:12      Capital One,
                 15000 Capital One Dr,    Richmond, VA 23238-1119
517278171       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 19 2018 00:11:20      Capital One,
                 Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517278175       E-mail/Text: mrdiscen@discover.com May 19 2018 00:03:07     Discover,   PO Box 15316,
                 Wilmington, DE 19850-5316
517290612       E-mail/Text: mrdiscen@discover.com May 19 2018 00:03:07     Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
517278176       E-mail/Text: mrdiscen@discover.com May 19 2018 00:03:07     Discover Financial,   PO Box 3025,
                 New Albany, OH 43054-3025
517278178       E-mail/Text: bankruptcydpt@mcmcg.com May 19 2018 00:03:48     Midland Funding,
                 Attn: Bankruptcy,    PO Box 939069,    San Diego, CA 92193-9069
517378181      +E-mail/Text: bankruptcydpt@mcmcg.com May 19 2018 00:03:48     Midland Funding LLC,
                 PO Box 2011,    Warren, MI 48090-2011
517278179       E-mail/Text: bankruptcydpt@mcmcg.com May 19 2018 00:03:48     Midland Funding LLC,
                 2365 Northside Dr Ste 300,    San Diego, CA 92108-2709
517298111      +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM May 19 2018 00:11:42     T Mobile/T-Mobile USA Inc,
                 by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517278184       E-mail/Text: bankruptcy@td.com May 19 2018 00:03:53     TD Bank,    PO Box 5600,
                 Lewiston, ME 04243-5600
                                                                                                TOTAL: 13

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0312-3          User: admin              Page 2 of 2            Date Rcvd: May 18, 2018
                              Form ID: 185             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2018                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 18, 2018 at the address(es) listed below:
          Albert    Russo    docs@russotrustee.com
          Marc C. Capone    on behalf of Debtor Lauren   Dunham mcapone@caponeandkeefe.com,
           docs@caponeandkeefe.com
          Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
          U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                    TOTAL: 4
```