Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−10793−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lauren Dunham
   23 Cedar Hill Ln
   Toms River, NJ 08755−4903

Social Security No.:
   xxx−xx−2420

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/7/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: February 7, 2019
JAN: bwj

                                                              Jeanne Naughton
                                                              Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                  Case No. 18-10793-CMG
Lauren Dunham                                                           Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin            Page 1 of 2            Date Rcvd: Feb 07, 2019
                            Form ID: 148           Total Noticed: 35

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 09, 2019.
db          Lauren Dunham,    23 Cedar Hill Ln,    Toms River, NJ 08755-4903
lm          Roundpoint Mortgage,    PO Box 19409,    Charlotte, NC 28219-9409
517278173   Credence Resource Management,    PO Box 2300,    Southgate, MI 48195-4300
517278174   Credit Resource,    17000 Dallas Pkwy Ste 20,    Dallas, TX 75248-1938
517278177   KML Law Group,    216 Haddon Ave Ste 406,    Westmont, NJ 08108-2812
517278180   New Jersey Natural Gas,    1415 Wyckoff Rd,    Wall, NJ 07719
517278181   Northland Group,    PO Box 390846,    Minneapolis, MN 55439-0846
517278182   Pressler & Pressler,    7 Entin Rd,    Parsippany, NJ 07054-5020
517404581  +RoundPoint Mortgage Servicing Corporation,    5016 Parkway Plaza Blvd Suite 200,
             Charlotte, NC 28217-1930
517278183   Roundpoint Mtg,    5032 Parkway Plaza Blvd,    Charlotte, NC 28217-1918
517278185   The Bureaus,    1717 Central St,    Evanston, IL 60201-1507
517278186   The Bureaus Inc,    650 Dundee Rd Ste 370,    Northbrook, IL 60062-2757
517349043  +The Bureaus, Inc.,    c/o of PRA Receivables Management, LLC,    PO Box 41021,
             Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg         E-mail/Text: usanj.njbankr@usdoj.gov Feb 07 2019 23:39:53     U.S. Attorney,    970 Broad St.,
             Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg        +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 07 2019 23:39:52     United States Trustee,
             Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
             Newark, NJ 07102-5235
517319585   EDI: BECKLEE.COM Feb 08 2019 04:03:00     American Express Centurion Bank,
             c/o Becket and Lee LLP,    PO Box 3001,    Malvern PA 19355-0701
517278168   EDI: AMEREXPR.COM Feb 08 2019 04:03:00     Amex,    Correspondence,    PO Box 981540,
             El Paso, TX 79998-1540
517278169   EDI: AMEREXPR.COM Feb 08 2019 04:03:00     Amex,    PO Box 981537,    El Paso, TX 79998-1537
517382796  +EDI: PRA.COM Feb 08 2019 04:03:00     Bureaus Investment Group Portfolio No 15 LLC,
             c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk VA 23541-1021
517278170   EDI: CAPITALONE.COM Feb 08 2019 04:03:00     Capital One,    15000 Capital One Dr,
             Richmond, VA 23238-1119
517278171   EDI: CAPITALONE.COM Feb 08 2019 04:03:00     Capital One,
             Attn: General Correspondence/Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
517278172   EDI: CHASE.COM Feb 08 2019 04:03:00     Chase Card Services,    Attn: Correspondence Dept,
             PO Box 15298,    Wilmington, DE 19850-5298
517278175   EDI: DISCOVER.COM Feb 08 2019 04:03:00     Discover,    PO Box 15316,
             Wilmington, DE 19850-5316
517290612   EDI: DISCOVER.COM Feb 08 2019 04:03:00     Discover Bank,    Discover Products Inc,
             PO Box 3025,    New Albany, OH 43054-3025
517278176   EDI: DISCOVER.COM Feb 08 2019 04:03:00     Discover Financial,    PO Box 3025,
             New Albany, OH 43054-3025
517278178   EDI: MID8.COM Feb 08 2019 04:03:00     Midland Funding,    Attn: Bankruptcy,    PO Box 939069,
             San Diego, CA 92193-9069
517378181  +EDI: MID8.COM Feb 08 2019 04:03:00     Midland Funding LLC,    PO Box 2011,
             Warren, MI 48090-2011
517278179   EDI: MID8.COM Feb 08 2019 04:03:00     Midland Funding LLC,    2365 Northside Dr Ste 300,
             San Diego, CA 92108-2709
517298111  +EDI: AIS.COM Feb 08 2019 04:03:00     T Mobile/T-Mobile USA Inc,
             by American InfoSource LP as agent,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517278184   EDI: TDBANKNORTH.COM Feb 08 2019 04:03:00     TD Bank,    PO Box 5600,
             Lewiston, ME 04243-5600
517372486   EDI: WFFC.COM Feb 08 2019 04:03:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
             P.O. Box 19657,    Irvine, CA 92623-9657
517345023   EDI: WFFC.COM Feb 08 2019 04:03:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
             Des Moines, IA 50306-0438
517278187   EDI: WFFC.COM Feb 08 2019 04:03:00     Wells Fargo Dealer Services,    Attn: Bankruptcy,
             PO Box 19657,    Irvine, CA 92623-9657
517278188   EDI: WFFC.COM Feb 08 2019 04:03:00     Wells Fargo Dealer Services,    PO Box 1697,
             Winterville, NC 28590-1697
517278189   EDI: WFFC.COM Feb 08 2019 04:03:00     Wffnatbank,    PO Box 94498,    Las Vegas, NV 89193-4498
                                                                                             TOTAL: 22

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0312-3          User: admin              Page 2 of 2                  Date Rcvd: Feb 07, 2019
                              Form ID: 148             Total Noticed: 35
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 09, 2019                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 7, 2019 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Marc C Capone    on behalf of Debtor Lauren   Dunham mcapone@gbclawgroup.com,
               docs@caponeandkeefe.com
              Rebecca Ann Solarz    on behalf of Creditor    Embrace Home Loans, Inc. rsolarz@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                            TOTAL: 5
```